LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JEFFREY W. SAAB, ESQ.
Nevada State Bar No. 11261
ANDREW SHARPLES, ESQ.
Nevada State Bar No. 12866
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:   (702) 258-6662
lgreco@bremerwhyte.com
jsaab@bremerwhyte.com
asharples@bremerwhyte.com

*Attorneys for Defendant,*
REALTY ONE GROUP, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA BOYKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL ASSOCIATION OF REALTORS; UMRO REALTY CORP. d/b/a The Agency; CHASE INTERNATIONAL, INC.; DICKSON REALTY, INC.; COMPASS, INC.; eXp WORLD HOLDINGS, INC.; THE REAL ESTATE GUY INC.; BHH AFFILIATES, LLC; DOUGLAS ELLIMAN INC.; DOUGLAS ELLIMAN REALTY, LLC; HOMESMART INTERNATIONAL LLC;CRAIG TANN, LTD d/b/a HUNTINGTON & ELLIS A REAL ESTATE AGENCY; REALTY ONE GROUP; REALTY ONE GROUP EMINENCE; REDFIN CORPORATION; URBAN NEST REALTY, LLC; NEVADA REALTORS; GREATER LAS VEGAS ASSOCIATION OF REALTORS; GREATER LAS VEGAS ASSOCIATION OF REALTORS MULTIPLE LISTING SERVICE, INC.; ELKO COUNTY REALTORS; INCLINE VILLAGE REALTORS. INC.: SIERRA | Case No. 2:24-cv-00340-CDS-BNW<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1310.172  4881-1071-4285.1

| | |
|---|---|
| 1 | NEVADA REALTORS; NORTHERN NEVADA REGIONAL MULTIPLE LISTING SERVICE, INC.; MESQUITE REAL ESTATE ASSOCIATION, INC. A NEVADA NON-PROFIT CORPORATION; |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | |

6  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

7  Please take notice that ELIZABETH M. DEANE, Esq. of Bremer Whyte Brown

8  & O'Meara, LLP counsel for Defendant REALTY ONE GROUP, INC. hereby

9  disassociates as counsel of record for Defendant in this case.

10 

11  Please remove the following from your service list:

12  Elizabeth M. Deane, Esq.
   BREMER WHYTE BROWN & O'MEARA, LLP
13  1160 N. Town Center Dr., Suite 250
   Las Vegas, Nevada 89145
14  

15  

16  Defendant REALTY ONE GROUP, INC., will be represented by Lucian J.

17  Greco, Jr., Esq., Jeffrey W. Saab, Esq., and Andrew Sharples, Esq., of the law firm

18  BREMER WHYTE BROWN & O'MEARA, LLP, and all further communication

19  with and service of documents to Defendant Realty One Group, Inc, should be directed

20  thereto.

21  Dated: March 13, 2024.           BREMER WHYTE BROWN & O'MEARA, LLP,

22  

23  

24           /s/ Jeffrey W. Saab
         Lucian J. Greco, Jr., Esq., Bar No. 10600
25       Jeffrey W. Saab, Esq., Bar No. 11261
         Andrew Sharples, Esq., Bar No. 12866
26       *Attorneys for Defendant*
27       Realty One Group, Inc.

28  

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1310.172  4881-1071-4285.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2024, a true and correct copy of the foregoing **DEFENDANT REALTY ONE GROUP INC.'S NOTICE OF DISASSOCIATION OF COUNSEL** was electronically served upon all parties requesting notice via the United States District Court CM/ECF system.

*/s/ Amanda Johnson*
An employee of BREMER WHYTE BROWN & O'MEARA, LLP

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1310.172 4881-1071-4285.1