UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHANIEL WHALEY,<br><br>                      Plaintiff,<br><br>   v.<br><br>NATIONAL ASSOCIATION OF REALTORS, *et al.*,<br><br>                      Defendants. | Case No. 2:24-cv-00105-ART-MDC<br><br><br><br><br>*And related case* |
| ANGELA BOYKIN,<br><br>                      Plaintiff,<br><br>   v.<br><br>NATIONAL ASSOCIATION OF REALTORS, *et al.*,<br><br>                      Defendants. | Case No. 2:24-cv-00340-CDS-BNW<br><br>ORDER TRANSFERRING AND CONSOLIDATING CASES |

Defendant National Association of Realtors and Plaintiff Angela Boykin have each filed Notices of Related Case in the above captions matters. (ECF Nos. 30, 34 in 2:24-cv-00105-ART-MDC; ECF No. 26 in 2:24-cv-00340-CDS-BNW.) Because the two cases involve similar questions of fact and law, Boykin and National Association of Realtors both request that the cases be transferred to a single district judge and consolidated into one action pursuant to LR 42-1 and Fed. R. Civ. P. 42(a).

The Court agrees with the parties and finds that the above referenced cases involve common questions of law or fact, that consolidation would conserve judicial and party resources, and that consolidation will not prejudice any party.

It is therefore ORDERED that Case No. Case No. 2:24-cv-00340-CDS-BNW

is transferred to District Judge Anne R. Traum and consolidated into Case No. 2:24-cv-00105-ART-MDC. The Clerk of Court is respectfully directed to update the docket accordingly.

The Clerk of Court is further directed to administratively close Case No. 2:24-cv-00340-CDS-BNW.

It is further ORDERED that all future pleadings must bear Case No. 2:24-cv-00105-ART-MDC.

DATED THIS 20th day of March 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE